IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY,

    Plaintiff,

v.      No. 10-1082

MARCUS E. MEEKINS,

    Defendant.

_____

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE AND GRANTING PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT
_____

    This cause is before the Court in connection with the report and recommendation of the magistrate judge (D.E. 16) regarding the motion of the Plaintiff, Pennsylvania Higher Education Assistance Agency, for a default judgment against the Defendant, Marcus E. Meekins (D.E. 10). The magistrate judge's report, filed September 28, 2010, recommended that the motion be granted. The magistrate judge also recommended an award of damages to the Plaintiff in the amount of $34,731.09, attorney's fees of $2,784.00, court costs of $350, prejudgment interest of $132.34 and postjudgment interest. According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation.

    It is therefore ORDERED that the magistrate judge's report and recommendation filed September 28, 2010 is hereby ADOPTED and the motion for default judgment is GRANTED. The

Clerk of DIRECTED to mail a copy of this order to the Defendant, Marcus Meekins, at the address listed on his Summons (D.E. 4.).

    IT IS SO ORDERED this 26th day of October 2010.

                                            s/ J. DANIEL BREEN
                                            UNITED STATES DISTRICT JUDGE